■ TIMOTHY MOORS et al., Respondents, v TRAVELERS INSURANCE COMPANY, Appellant.

■ Memorandum: We reject defendant's contention that Supreme Court erred in denying its motion for summary judgment dismissing the complaint *(see,* CPLR 3211 [c]; 3212; *see also, Guggenheimer v Ginzburg,* 43 NY2d 268, 275; *Goldstein v County of Monroe,* 77 AD2d 232). Plaintiff's affidavit was sufficient to raise a factual issue concerning whether defendant had assumed a duty to him to instruct him properly and whether the alleged breach of that duty left plaintiff in a more vulnerable position than he otherwise would have been in, thereby contributing to his injury *(cf., Jansen v Fidelity & Cas. Co.,* 165 AD2d 223, *lv granted* 78 NY2d 853; *Kingsland v Factory Mut. Sys.,* 145 AD2d 965, *lv dismissed* 74 NY2d 841). (Appeal from Order of Supreme Court, Monroe County, Affronti, J.—Summary Judgment.) Present—Denman, P. J., Callahan, Green, Lawton and Davis, JJ.

■ KATHLEEN S. DOYLE, as Executrix of HAROLD A. DEPUY, Deceased, Respondent, v JANICE SULLIVAN, Formerly Known as JANICE DEPUY, Appellant, et al., Defendant. TEACHER'S INSURANCE AND ANNUITY ASSOCIATION AND COLLEGE RETIREMENT EQUITIES FUND, Interpleader Plaintiff, v KATHLEEN S. DOYLE, as Executrix of HAROLD A. DEPUY, Deceased, et al., Interpleader Defendants-Respondents, and JANICE SULLIVAN, Formerly Known as JANICE DEPUY, et al., Interpleader Defendants-Appellants. (Action No. 2.)

(Appeals from Order and Judgment of Supreme Court, Monroe County, Boehm, J.—Summary Judgment.) Present— Denman, P. J., Callahan, Green, Lawton and Davis, JJ.